# JEWELRY INVENTORY

## DEBTOR: **Beatriz Cruz**

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Wedding Band | | |
| | Other | | |
| | | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

- ☐ Debtor's Total Value of Jewelry                                               $_____
- ☐ Goods Secured by Liens with Creditor(s) _____            $_____
- ☒ Debtor owns no Jewelry                                                             $_____

Debtor/Spouse Initials: **B.B.C.**

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

# FURNITURE INVENTORY

Debtor(s) name(s): **Beatriz Cruz**

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 0 | 0 |
| Chairs | 6 | 30,- |
| Recliners | 0 | 0 |
| Tables | 1 | 20,- |
| TV | 1 | 100,- |
| VCR/DVD | 1 | 5,- |
| Stereo | 0 | 0 |
| Wall Unit | 0 | 0 |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 0 | 0 |
| Chairs | 0 | 0 |
| China Cabinets | 0 | 0 |
| China (sets) | 0 | 0 |

| Family/Computer Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | 0 | 0 |
| Chairs | 0 | 0 |
| Tables | 0 | 0 |
| Desk | 1 | 50,- |
| Bookshelves/Wall units | 0 | 0 |
| Computer | 1 | 200,- |
| Monitor | 0 | 0 |
| Printer/fax | 1 | 5,- |
| TV | 0 | 0 |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | 1 | 20,- |
| Stove | 1 | 50,- |
| Microwave | 1 | 10,- |
| Toaster Oven | 1 | 15,- |
| Toaster | 1 | 5,- |
| Kitchenware | 1 | 10,- |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | 1 | 30,- |
| Dryer | 1 | 30,- |
| Patio set | 0 | 0 |
| BBQ | 0 | 0 |
| Lawnmower | 0 | 0 |
| Musical instruments | 0 | 0 |
| Decorative Items | 0 | 0 |
| Other | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 20,- |
| Dresser/drawers | 0 | 0 |
| Mirror | 1 | 10,- |
| Nightstands | 2 | 10,- |
| Armoire/wall unit | 0 | 0 |
| TV | 0 | 0 |
| VCR/DVD | 0 | 0 |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 10 |
| Dresser/drawer chest | 1 | 10 |
| Mirror | 0 | 0 |
| Nightstands | 1 | 10 |
| Armoire/wall unit | 0 | 0 |
| TV | 0 | 0 |
| VCR/DVD | 0 | 0 |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | N/A | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | N/A | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

[X] Total Value of Unsecured Household Goods: $ -645,-

[ ] Goods secured by liens with creditors: _____ 2  $ _____
                                                   $ _____
                                                   $ _____

[X] Joint with [X] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 322.50

[ ] Debtor owns no furniture _____

Debtor'(s) initials: BBC